# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5345**

**September Term, 2025**

**1:25-cv-02066-TJK**

**Filed On:** July 15, 2026

Lydia Cladek, Plaintiff and Federal Prisoner
on behalf of The Noteholders of Lydia Cladek
Inc.,

      Appellant

    v.

Timothy J. Corrigan, The Honorable; Federal
District Court Judge,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**   Henderson, Pillard, and Rao, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders entered July 31, 2025 and September 6, 2025 be affirmed. Appellant has shown no error in the district court's conclusion that, regardless of who the plaintiff is, the claims against a judge for damages based on his rulings regarding sentencing were barred by judicial immunity. See Sindram v. Suda, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (per curiam) ("Judges enjoy absolute judicial immunity from suits for money damages for all actions taken in the judge's judicial capacity, unless these actions are taken in the complete absence of all jurisdiction.").

# United States Court of Appeals

_____

**No. 25-5345**                                        **September Term, 2025**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk